UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FIROOZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TAKATA CORPORATION, TK HOLDINGS INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., PREMIER AUTOMOTIVE OF CA, LLC, ANDRES LIERA VALENZUELA, and DOES 1-100, Inclusive,<br><br>　　　　　　　Defendants. | Case No.: 17cv867 WQH (NLS)<br><br>**ORDER REGARDING ORDER TO SHOW CASE**<br><br>**[ECF No. 46]** |

On October 19, 2018, Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") filed a motion for determination of discovery dispute regarding its special interrogatories and requests to produce documents. ECF No. 45. Hearing no response from Plaintiff, the Court issued an Order to Show Cause ("OSC") on October 29, 2018, ordering Plaintiff to file explanatory briefing as to why he has failed to respond to discovery and participate in

1

the joint motion practice. ECF No. 46.

Plaintiff timely filed a declaration in response to the OSC. ECF No. 47. His filing includes a Notice of Voluntary Dismissal as to the Toyota Defendants under Federal Rule of Civil Procedure 41(a). ECF No. 47-1. However, this notice is insufficient in this case to dismiss the parties because the Toyota Defendants have answered.[1] Fed. R. Civ. P 41(a) ("the plaintiff may dismiss an action without a court order by filing [] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"); *see* ECF Nos. 6-9.

Accordingly, the Court **ORDERS** counsel for Plaintiff and counsel for the Toyota Defendants to meet and confer and file a joint motion to dismiss by **November 14, 2018**. If the parties fail to agree to file a joint motion to dismiss, they must file a status report, by the same date.

**IT IS SO ORDERED.**

Dated: November 7, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

---

[1] Even if the filing would otherwise be sufficient, it would also have to be filed on the docket as a separate document—not only as an attachment to a declaration in response to the OSC.

2