

FILED
DEC 06 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MMF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FIROOZ,<br><br>                   Plaintiff,<br>v.<br><br>TAKATA CORPORATION; TK HOLDINGS INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; PREMIER AUTOMOTIVE OF CA, LLC; and ANDRES VALENZUELA,<br><br>                   Defendants. | Case No.: 17-cv-0867-WQH-NLS<br><br>**ORDER** |

HAYES, Judge:

On August 23, 2018, Plaintiff stated in a status report "Based on the factual representation of the status report of August 10, 2018 (Document 41), Plaintiff will dismiss his claims against Defendants, TAKATA CORPORATION and TK HOLDINGS INC." (ECF No. 43 at 2). Plaintiff has not, however, filed a motion or separate notice of dismissal regarding these defendants pursuant to Federal Rule of Civil Procedure 41.

1

On October 12, 2018, Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Premier Automotive of CA, LLC (collectively "Toyota Defendants") filed a Motion to Dismiss. (ECF No. 44). On November 16, 2018, this Court granted the parties' Joint Motion to Dismiss the Toyota Defendants. (ECF No. 50). The Toyota Defendants' Motion to Dismiss (ECF No. 44) is denied as moot.

Plaintiff has named Andres Liera Valenzuela as a defendant in this matter, but Plaintiff has not filed proof of service of the Complaint as to Defendant Valenzuela.

IT IS HEREBY ORDERED that the Toyota Defendants' Motion to Dismiss (ECF No. 44) is DENIED as moot.

IT IS FURTHER ORDERED that within ten days of the date of this Order, Plaintiff shall (1) provide the Court with a status update regarding whether Plaintiff intends to dismiss Defendants Takata Corporation and TK Holdings Inc. pursuant to Federal Rule of Civil Procedure 41, and whether Plaintiff intends to prosecute this action against remaining Defendant Toyota Motor Corporation; and (2) Plaintiff shall SHOW CAUSE why all claims against Defendant Valenzuela should not be dismissed by this Court pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the Complaint within ninety days.

DATED: 12/5/18

WILLIAM Q. HAYES
United States District Judge